IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

James Stenhouse, III,

      Plaintiff

vs.                                Case No. 2:11-cv-00318-RB-WPL

Northstar Location Services, LLC,

      Defendant

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and file a Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 25th day of July, 2011, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 25th day of July, 2011 to:

Mr. S. Charles Archuleta
Keleher & McLeod, P.A.
P.O. Box AA
Albuquerque NM 87103


By: s/Jessica DeCandia
　　 Jessica DeCandia